■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID MIDDLETON, Appellant. [738 NYS2d 882] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered December 1, 1999, convicting him of manslaughter in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The comments of the trial court at sentencing, taken as a whole, were a response to the defendant's statements that he never intended to hurt anyone, and "reflect the fact that the

court was taking into consideration the nature of the crime, a legitimate factor in determining an appropriate sentence" (*People v James,* 216 AD2d 489; *see, People v Anderson,* 287 AD2d 574).

The defendant's remaining contentions are unpreserved for appellate review or without merit. Altman, J.P., Krausman, Goldstein and H. Miller, JJ., concur.